```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 16 Cr. 576 (JFK)
                                    :
ANTHONY MASCUZZIO,                  :     **ORDER**
                                    :
                      Defendant.    :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

In accordance with Federal Rule of Criminal Procedure 36, the Court orders the clerk's office to correct the judgment (ECF No. 250) and docket sheet for Anthony Mascuzzio. See Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record . . . ."). The judgment currently describes the underlying substantive offenses for Counts 3 and 5 as "Robbery By Property Or Money > $ 100 (Bank Th[eft)]". Instead, the underlying substantive offense for Counts 3 and 5 should be described as "Bank Theft".

**SO ORDERED.**

Dated:    New York, New York
          April /0 , 2020

                                    _____
                                         John F. Keenan
                                    United States District Judge