```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 16 Cr. 576 (JFK)
                                    :
ANTHONY MASCUZZIO,                  :          ORDER
                                    :
                         Defendant. :
-----------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Anthony Mascuzzio's May 21, 2020 Motion for First Step Act Relief, (ECF No. 321), by no later than May 28, 2020.  Mr. Mascuzzio's reply, if any, must be filed by no later than June 2, 2020.  The motion will be considered fully submitted as of that date.

**SO ORDERED.**

Dated:   New York, New York
         May 22, 2020

                                          _____
                                              John F. Keenan
                                         United States District Judge